# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>URIEL SILVA-GARCIA<br>*Defendant* | )<br>)  Case No. 1:15-cr-00159-AWI-BAM<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/29/15

*Uriel Silva Garcia*
*Defendant's signature*

10-28-15 *Victor M. Chavez*
*Signature of defendant's attorney*

VICTOR CHAVEZ
*Printed name of defendant's attorney*

11-2-15
*Judge's signature*

Anthony W. Ishii, United States District Judge
*Judge's printed name and title*

Victor D. Gonzalez - Translator